In the Matter of the Petition of UPPER HUDSON RYE FLOUR MILLS, INC., Respondent, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, in Charge of the Assets of the Bank of United States, Appellant, to Turn over to Petitioner Certain Funds Collected by Said Bank.— Order affirmed, with ten dollars and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ZARA KEISCH, Respondent, v. ORMAND REALTY COMPANY and Another, Defendants, Impleaded with SAMUEL S. PECK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN C. FLINN, Appellant, v. ROBERT BARR, Warden of the City Prison, Respondent.*— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [140 Misc. 422.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY F. LALLEY, Appellant, v. ROBERT BARR, Warden of the City Prison, Respondent.*— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [140 Misc. 422.]

THE MELINE MORTGAGE COMPANY, Respondent, v. NATIONAL RESERVE CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PERICLES GIANOPOULOS, Appellant, v. NEW YORK BANKERS, INC., and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondents, Impleaded with Another, Defendant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EMILY WILLSON GRIFFITH, Appellant, v. DAVID MORGAN GRIFFITH, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing plaintiff $500 counsel fee. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ELIZER REALTY COMPANY, Appellant, against JAMES F. GERAGHTY, as Commissioner of Licenses of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for a peremptory mandamus order granted, with ten dollars costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MURRAY KALISH, Respondent, v. GEORGE KALISH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN T. CLARKE, Respondent, v. AMERICAN PRESS ASSOCIATION and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.